Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

***Attorneys for Defendant***
***LEFRAK ORGANIZATION, INC.***

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                 21 MC 102 (AKH)

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAYLA RIVERA (AND WIFE, GABRIEL              Case No.:
SANDOVAL),                                    08-CV-2697

                                    Plaintiff,

          -against-
                                              **NOTICE OF APPEARANCE**

BATTERY PARK CITY AUTHORITY, EMPIRE
STATE PROPERTIES, INC., HUDSON TOWERS
HOUSING CO., INC., AND LEFRAK
ORGANIZATION, INC.,

                                    Defendants.

**TO:    THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**

       **PLEASE TAKE NOTICE**, that defendant, LEFRAK ORGANIZATION, INC. hereby

appears in the above-entitled action. The undersigned have been retained as attorneys for said

defendant and demand that all papers in this action be served upon the undersigned at the office

and address stated below.

The undersigned attorney certifies that he is admitted to practice in this Court.

Dated:  New York, New York
        May 3, 2008

                              Yours etc.,

                              **HARRIS BEACH PLLC**

                              _____
                              Brian A. Bender, Esq. (BAB-0218)
                              HARRIS BEACH PLLC
                              *Attorney for Defendant*
                              **LEFRAK ORGANIZATION, INC.**
                              100 Wall Street, 23rd Floor
                              New York, New York 10005
                              (212) 687-0100

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 3, 2008, I caused to be filed and served the

following documents electronically via the Court's ECF system upon the parties:

1.     Lefrak's Notice of Appearance

Dated:  New York, New York
        May 3, 2008

                                        _____/s/_____
                                        Brian A. Bender

275631.1

3

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                    21 MC 102 (AKH)

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAYLA RIVERA (AND WIFE, GABRIEL                    Case No.:
SANDOVAL),                                          08-CV-2697

                                    Plaintiff,

                 -against-

BATTERY PARK CITY AUTHORITY, EMPIRE
STATE PROPERTIES, INC., HUDSON TOWERS
HOUSING CO., INC., AND LEFRAK
ORGANIZATION, INC.,

                                    Defendants.

# NOTICE OF APPEARANCE

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***LEFRAK ORGANIZATION, INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100