Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAYLA RIVERA (AND WIFE, GABRIEL SANDOVAL), | Case No.: 08-CV-2697 |
| Plaintiff, | |
| -against- | **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF LEFRAK ORGANIZATION, INC.** |
| BATTERY PARK CITY AUTHORITY, EMPIRE STATE PROPERTIES, INC., HUDSON TOWERS HOUSING CO., INC., AND LEFRAK ORGANIZATION, INC., | |
| Defendants. | |

**PLEASE TAKE NOTICE THAT** defendant, LEFRAK ORGANIZATION, INC., as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Verified Master Answer dated July 30, 2007, which was filed in the matter of In Re: World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH). LEFRAK ORGANIZATION, INC. has filed a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

**WHEREFORE**, LEFRAK ORGANIZATION, INC. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
      May 3, 2008

                                    Yours, etc.,

                                    **HARRIS BEACH PLLC**

                                    /s/
                                  Brian A. Bender, Esq. (BAB-0218)
                                  *Attorneys for Defendant*
                                  *LEFRAK ORGANIZATION, INC.*
                                  100 Wall Street
                                  New York, New York 10005
                                  (212) 687-0100

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAYLA RIVERA (AND WIFE, GABRIEL SANDOVAL), | Case No.: 08-CV-2697 |
| Plaintiff, | |
| -against- | **CERTIFICATE OF SERVICE** |
| BATTERY PARK CITY AUTHORITY, EMPIRE STATE PROPERTIES, INC., HUDSON TOWERS HOUSING CO., INC., AND LEFRAK ORGANIZATION, INC., | |
| Defendants. | |

The undersigned certifies that on May 3, 2008, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1.    Notice of Adoption of Answer to Master Complaint of Lefrak Organization, Inc.

Dated: New York, New York
        May 3, 2008

/s/
Brian A. Bender

275702.1

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAYLA RIVERA (AND WIFE, GABRIEL SANDOVAL), | Case No.: 08-CV-2697 |

                      Plaintiff,

-against-

BATTERY PARK CITY AUTHORITY, EMPIRE STATE PROPERTIES, INC., HUDSON TOWERS HOUSING CO., INC., AND LEFRAK ORGANIZATION, INC.,

                      Defendants.

## NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF LEFRAK ORGANIZATION, INC.

**HARRIS BEACH PLLC**
*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*
100 Wall Street
New York, New York 10005

(212) 687-0100

5